# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>PATRICK STEVEN YAROCH<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 1:26-mj-300

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  at least Jan. 1, 2025 - July 31, 2026  in the city/county of _____Ashburn_____

in the _____Eastern_____ District of _____Virginia_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2314 | Interstate Transportation of Stolen Goods, Securities, and Monies |
| 18 U.S.C. § 2315 | Receipt of Stolen Goods, Securities, and Monies |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

_____

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

_____AUSA Kathleen Robeson_____
*Printed name and title*

/s/ Hope Vance
*Complainant's signature*

_____FBI Special Agent Hope Vance_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone _____ *(specify reliable electronic means)*.

Date:  08/01/2026

_____
*Judge's signature*

City and state:  Alexandria, Virginia

The Hon. William B. Porter, U.S. Magistrate Judge
*Printed name and title*