TYPE OF HEARING:  PH/DH
CASE NUMBER:  1:26-mj-300
MAGISTRATE JUDGE: Lindsey R. Vaala
DATE:  8/4/2026
TIME:  2:00pm
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Patrick Steven Yaroch

GOVT. ATTY:  Kathleen Robeson

DEFT'S ATTY:  Valencia Danyale Roberts

DUTY AFPD/CJA:

INTERPRETER_____LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE  (   )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (   )
DEFT INFORMED OF THE VIOLATION(S) (   )
COURT TO APPOINT COUNSEL (   )   FPD (   ) CJA (   ) Conflict List (   )   Reappointed (   )
    Counsel appointed for the purpose of hearing in the EDVA(   )
    Counsel appointed for the purpose of todays hearing (   )

Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in
Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.  (   )

Consent to Trial Before US Magistrate Judge (   )

Govt adduced evidence.  Govt called witness - Agent Vance. Affidavit entered into evidence as Govt Exhibit #1 without
objection. Deft cross examine witness. No argument as to PC. Court finds PC. Matter continued for further proceedings
before the Grand Jury.
Govt argument on detention. Deft seeking release with conditions.
The Court continued the Detention hearing until 8/5/2026 for further time to review potential suitable 3rd party
custodian and other issues. Deft remanded to the custody of the USMS

    Deft recognized to appear at further court date (   )

NEXT COURT APPEARANCE _____8/5/2026_____TIME  2:00pm

DH - LRV

In Court Time :  58 minutes