IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

     *Plaintiff*

   v.

PATRICK STEVEN YAROCH,

     *Defendant.*

)
)
)
)
)
)
)
)
)
)
)

Case No. 1:26-mj-00300-LRV-AJT

## ORDER

The United States has filed a Motion for Revocation of Release Order and Review of Retention [Doc. No. 17]. The Court held a hearing on the motion on August 7, 2026, following which, after a de novo review, affirmed the Magistrate Judge's order setting conditions of release [Doc. No. 16] on the same terms and conditions previously imposed together with the additional condition that the defendant be subject to location monitor as directed by Pre-trial Services or Supervising Officer, and in confirmation of the Court's ruling, it is hereby

**ORDERED** that the Motion be, and the same hereby is **DENIED**, and the Magistrate Judge's order setting conditions of release be, and the same hereby, is **AFFIRMED** with the additional condition of location monitoring, and also with the modification that there be posted an unsecured, rather than a secured, bond in the amount of $50,000, signed by the Defendant and the third-party custodians, and is further

1

    **ORDERED** that the Defendant be released, after processing, and that the Defendant shall appear before Pre-trial Services for the installation of location monitoring  on Monday, August 10, 2026 at 10:00 am.

    The Clerk is directed to forward copies of this Order to all counsel of record.

/s/

_____

Anthony J. Trenga
Senior U.S. District Judge

Alexandria, Virginia
August 7, 2026

2