IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PATRICK STEVEN YAROCH,<br>Defendant. | Case No. 1:26-MJ-300 |

**ORDER**

Upon the motion of the United States, by and through its attorneys, and the defendant, Patrick Steven Yaroch, by and through his attorney, and finding in accordance with 18 U.S.C. § 3161, for the reasons stated in the Consent Motion to Extend Time for Indictment, that the ends of justice served by granting the extension outweigh the best interests of the public and the defendant in a speedy trial, it is hereby,

ORDERED that the time period for indicting the defendant be and is hereby extended up to and including October 4, 2026. Accordingly, the delay resulting from the pending motion for extension shall be excluded in computing the time within which an indictment must be filed.

Date: August 11, 2026
Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge