**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:26-MJ-300-LRV-AJT** |
| | ) | |
| **PATRICK STEVEN YAROCH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Mr. Patrick Yaroch has been hired into a new job that will require travel throughout the Commonwealth of Virginia. Condition (7)(f) of the Amended Order Setting Conditions of Release (ECF 28) orders that Mr. Yaroch may not depart the Washington D.C. Metropolitan area without prior approval of Pretrial Services of the Court. Mr. Yaroch requests that the condition be modified to permit work travel anywhere in the Commonwealth of Virginia with notification to Pretrial Services either prior to travel or as soon as feasible during or after to aid Pretrial Services with reconciling his travel with his GPS location data. Counsel has spoken with Mr. Yaroch's Pretrial Services Officer and the government regarding this request – neither opposes it. A proposed order is attached.

Respectfully submitted,

PATRICK YAROCH
*By Counsel*

/s/ Kyle R. Boynton

Kyle R. Boynton, VA Bar 92123
K.R. BOYNTON, PLLC
108 N. Alfred Street, 1st Fl
Alexandria, Virginia 22314
571.274.6199
kyle@boynton.law

## CERTIFICATE OF SERVICE

I certify that on September 9, 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to all counsel of record in this case, including counsel for the government.

/s/ Kyle R. Boynton

Kyle R. Boynton, VA Bar 92123
K.R. BOYNTON, PLLC
108 N. Alfred Street, 1st Fl
Alexandria, Virginia 22314
571.274.6199
kyle@boynton.law